People of the State of Illinois ex rel. Albert A. Cibic, Appellant, v. Joseph Geary et al., Appellees.

Gen. No. 42,322.

opinion filed March 22, 1943. Franklin Raber, for appellant; Barnet Hodes, Corporation Counsel, for appellees; James A. Velde, Fred V. Maguire, Carl H. Lundquist and L. Louis Karton, Assistant Corporation Counsel, of counsel. Opinion by PRESIDING JUSTICE MATCHETT. ''Not to be published in full.''

Louis Kulesza and Frank Heynar, Appellants, v. Alliance Printers and Publishers, Inc., et al., Appellees.

Gen. No. 42,336.

opinion filed March 22, 1943. Harold O. Mulks, for appellants; Casimir E. Midowicz and Ewart Harris, for certain appellees; Mitchell Kilanowski, for certain other appellees. Opinion by PRESIDING JUSTICE MATCHETT. ''Not to be published in full.''